## WILLIAMS *against* SPENCER.

Where A. let a house, except one room, which he reserved for himself, and occupied separately; and the outer door of the house being open, a constable broke open the door of the inner room, occupied by A. in order to arrest him ; it was held, that trespass would not lie against the constable.

IN error, on *certiorari.* The defendant in error let out part of his house, and reserved an inner room for himself, which he occupied. The plaintiff in error, who is a constable, having a warrant against the defendant in error, the outer door of the house being open, broke open the door of the inner room, and arrested him. An action of trespass was brought against the constable, before the justice, who gave judgment for the plaintiff.

*Tomlinson,* for the plaintiff in error.

*Foot,* contra.

*Per Curiam.* There was no protection, in this case, to the door of the inner room, though occupied separately by the defendant in error. The constable had a right, therefore, to break the door.* The judgment must be reversed.

* *Cowp.* 1.